IN THE UNITED STATES OF AMERICA

FILED

MAY 04 2026

Clerk, U. S. District Court
Eastern District of Tennessee
At Knoxville

ROBERT JAMES SWINT,
        Plaintiff,

Vs.

New York Times Company,
        Defendant

NEW COMPLAINT
Civil Action #
_____

3:26-mc-25
Atchley / McCook

## Jurisdiction
18 U.S.C.A. $ 2071

## FACTS

Sept 11, 1883 Mr. John Swinton's theories of the World. Now coincide that with Yellow Stone 1883 show. Then DEC 22nd, 1885, back to the future, DOC Brown; Clara Clayton (Bigsby) from Clatskanie, Jewel and Vernonia, DOC's kids, forgot about Quincy, no start see (DUMB AND DUMBER), And WEST POINT, OREGON, STARTING OFF FROM 1851 And Mr. Seacrets, And the Secret Service.

CLAIM

Mr. John Swinton's advice to the reformed Church, Dec 22nd, 1885. Dec 22 1974, The 'Family Jewels' file, John Durhams report, John Dist. Rd, 1974 Never gonna Die!!!/Men IN BLACK TO THE FUTURE II, "You'll find it all in here" and Fallen Rocks points to the New York Times.

62 Billion from Seeking Relief 1942, 'went to bat' And 61* MANTLE/MERRIS 6.2 Billion with a 22 Billion budget,

enact
and sign
RJS
ROBERT J. SWINT

4-15-2026